

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2025

No. 04-25-00248-CV

Tamara **FULMER-STEWART**,
Appellant

v.

**CRP/MAPLE ALAMO HEIGHTS OWNER, L.P.** d/b/a Allora Alamo Heights,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-00291
Honorable Cesar Garcia, Judge Presiding

**ORDER**

Sitting:     Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on June 4, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court